UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DR. COLLEEN ERBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-555 |
| | ) | Phillips/Guyton |
| ANN VENEMAN, SECRETARY | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, and all successors | ) | |
| in interest, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR SUBSTITUTION AND AMENDMENT OF CAPTION

This matter is before the Court on defendant's motion for substitution and amendment of caption [Doc. 12]. Defendant Michael O. Johanns, as successor Secretary to Ann Veneman, by and through James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee, requests the Court, pursuant to Rule 25(d), Federal Rules of Civil Procedure, to be substituted in the place of Ann Veneman, predecessor Secretary of Agriculture. Further, the defendant requests that all further proceedings in this action, including the caption of the case, be in the name of such substituted party. For good cause shown, defendant's motion is **GRANTED.**

IT IS SO ORDERED.

ENTER:

s/Thomas W. Phillips
United States District Judge