# United States District Court

| | | |
|---|---|---|
| **EASTERN** | **DISTRICT OF** | **TENNESSEE** |

DR. COLLEEN ERBEL

**JUDGMENT IN A CIVIL CASE**

V.

MICHAEL O. JOHANNS, SECRETARY
UNITED STATES DEPARTMENT OF
AGRICULTURE,

CASE NUMBER: 3:04-cv-555

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant, Michael O. Johanns, Secretary, United States Department of Agriculture, did discriminate against the plaintiff, Dr. Colleen Erbel, based on gender and based upon her disability when she was suspended from employment. The plaintiff shall recover from the defendant the amount of Three Thousand Dollars ($3,000.00) for lost wages relating from suspension and shall recover the amount of Ten Thousand Dollars ($10,000.00) for emotional pain and mental anguish from the defendant relating to suspension. It is further adjudged that he defendant did discriminate against the plaintiff by subjecting her to a hostile or abusive work environment based on her gender and based on her disability and that she was intentionally subjected to a hostile or abusive work environment by her supervisors. The plaintiff shall recover from the defendant the amount of Two Hundred and Ten Thousand Dollars ($210,000.00) for lost wages and One Hundred and Fifty Thousand Dollars ($150,000.00) for emotional pain and mental anguish.

IT IS, THEREFORE, ORDERED that the plaintiff, Dr. Colleen Erbel, shall recover from the defendant, Michael O. Johanns, Secretary, United States Department of Agriculture, a total judgment in the amount of Three Hundred and Seventy-Three Thousand Dollars ($373,000.00) and costs of this cause.

| | |
|---|---|
| June 21, 2007 | Patricia L. McNutt, Clerk |
| Date | |
| | By  s/ Janet M. Jackson |
| | Deputy Clerk |