UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DR. COLLEEN ERBEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. JOHANNS, SECRETARY ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, ) <br> ) <br> Defendant. ) | No. 3:04-CV-555 <br> (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the plaintiffs' motion for judgment as a matter of law, or, in the alternative, for a new trial. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion.

Defendant's motion for judgment as a matter of law or, alternatively, for a new trial is **GRANTED IN PART AND DENIED IN PART:** the jury award of $3,000 for lost wages relating to suspension is affirmed; the jury award of $10,000 for emotional damages relating to suspension is affirmed; the jury award of $150,000 for emotional damages relating to hostile work environment is affirmed; the USDA's motion for remittitur of the damages award for lost wages relating to hostile work environment is **GRANTED**, whereby the damages award for lost wages for the hostile work environment claim shall be reduced from $210,000 to $1,444.75. Thus, the total amount of damages plaintiff shall recover from defendant in this case is $164,444.75.

Dated at Knoxville, Tennessee, this _____ day of January, 2008.

s/ Patricia L. McNutt  
Clerk of Court